

Bryan N. DeMatteo
bryan@demfirm.com

May 8, 2017

**VIA PRIORITY MAIL AND CM/ECF**
The Honorable Judge Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    ME2 Productions, Inc. v. Doe—98.14.173.58 *et al.*
              Civ. A. No. 1:17-cv-02717-CBA-RER

Dear Judge Amon:

In accordance with Your Honor's Individual Rules of Practice, enclosed please find a courtesy copy of a letter motion (D.I. 4) filed by ME2 Productions, Inc. in connection with the above-identified action. The letter requests permission to file a motion seeking leave to take discovery prior to a Rule 26(f) Conference. A copy of this cover letter has been mailed also to the Honorable Magistrate Judge Ramon E. Reyes, Jr., in accordance with Your Honor's Individual Rule of Practice 3(D)(2).

                          Respectfully submitted,

                          DEMATTEO LAW, PLLC

                          Bryan N. DeMatteo (BD 3557)
                          bryan@demfirm.com
                          830 Third Avenue, 5th Floor
                          New York, NY 10022
                          Tel.: (866) 645-4169
                          Fax: (732) 301-9202
                          *Attorneys for Plaintiff*
                          *ME2 Productions, Inc.*

/encl.
cc:    Honorable Magistrate
        Judge Ramon E. Reyes, Jr.